```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
                                    :   09-cr-524 (JSR)
          -v-                       :
                                    :       ORDER
CHIGBO PETER UMEH                   :
                                    :
     Defendant.                     :
                                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

The representation of the defendant in the above-captioned matter is assigned to C.J.A. Attorney on duty July 9, 2020, Patrick J. Joyce, for the purpose of making a motion to reconsider the Court's denial of the defendant's motion for compassionate release. See ECF No. 166, 167.

    SO ORDERED

Dated:   New York, NY

        July 9, 2020                _____
                                                  JED S. RAKOFF, U.S.D.J.