```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
                                    :   09-cr-524 (JSR)
            -v-                     :
                                    :        ORDER
CHIGBO PETER UMEH                   :
                                    :
        Defendant.                  :
                                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

The defendant has requested appointment of counsel to assist with filing a motion for compassionate release. See ECF No. 183. The request is denied, as the defendant's basis for seeking compassionate release has no legal merit.

    SO ORDERED

Dated:   New York, NY  
         July 21, 2023

_____  
JED S. RAKOFF, U.S.D.J.