UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

CHIGBO UMEH,

Defendant.

09-cr-524 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

This Court is in receipt of briefing from defendant Chigbo Umeh that asks the Court to reduce his sentence under 18 U.S.C. § 3582(c)(1)(A)(i). This request should have been submitted in the first instance to the BOP. See § 3582(c)(1)(A). Indeed, Umeh admits in his reply brief that he has not applied for relief from the warden of his facility. See ECF No. 191 at 5-6. Accordingly, there is nothing properly pending in front of this Court. Defendant Umeh is free to submit this petition to the warden of his facility, and if that petition is not acted on within thirty days thereafter, he can make a motion for compassionate release to this Court. See United States v. Haney, 454 F. Supp. 3d 316, 321 (S.D.N.Y. 2020).

SO ORDERED.

New York, NY
January 24, 2025

_____
JED S. RAKOFF, U.S.D.J.